UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-5245-MWF(ASx)**                                           Dated: **February 8, 2017**

Title:   Patrick J. Reiten, MD, FACS -*v*- CIGNA Health and Life Insurance Company, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

   In light of the Notice of Settlement filed February 7, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 6, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                                          Initials of Deputy Clerk   __cw__
CIVIL - GEN

-1-